IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES G. ANDERSON,

          Plaintiff,          JUDGMENT IN A CIVIL CASE

    v.          Case No. 13-cv-34-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

          Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin affirming the decision of the commissioner denying retirement benefits to plaintiff Charles G. Anderson.

| /s/ | 1/31/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |